UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

Motion and Order for Admission *Pro Hac Vice*

MAR 0 1 2010

Clerk of Court

| Division | | Case Number | |
|---|---|---|---|
| RICHARD CLEMENS, a natural person | | | |
| *versus* | | | |
| DATA CALL TECHNOLOGIES, INC., Jim AMMONS, Tim VANCE | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | John H. Carmichael, Esq.<br>Law Offices of John H. Carmichael<br>269 South Beverly Drive, Ste. 395<br>Beverly Hills, California 90212<br>(310) 345-2525<br>California (196416)<br>Central and Southern Dist. of California |
|---|---|
| Seeks to appear for this party: | Plaintiff, Richard Clemens |
| Dated:    2/27/2010 | Signed: |

| The state bar reports that the applicant's status is: active |  |
|---|---|
| Dated: 3/4/10 | Clerk's signature: |

| Order |
|---|

Dated: 3/5/10

This lawyer is admitted *pro hac vice*.

United States District Judge